IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE CAPITAL CORP,<br><br>        Defendant. | Case No.: 11-cv-6256<br><br>Judge Zagel |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Asset Acceptance Capital Corp. by its attorneys, David M. Schultz and Jennifer W. Weller, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states that Asset Acceptance Capital Corp. is a publicly traded corporation and has no parent corporation.

Respectfully submitted,

By: s/*Jennifer W. Weller*
    Jennifer W. Weller
    One of the attorneys for
    Asset Acceptance Capital Corp.

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

130183577v1 0927506 49810

**CERTIFICATE OF SERVICE**

      I, Jennifer W. Weller, an attorney, certify that I shall cause to be served a copy of the **CORPORATE DISCLOSURE STATEMENT** upon the below listed individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, on **October 10, 2011.**

| | | |
|---|---|---|
| ☒ | CM/ECF | *To All Parties of Record* |
| ☐ | Facsimile | |
| ☐ | Federal Express | |
| ☐ | Regular U.S. Mail | |
| ☐ | Messenger | |
| ☐ | E-Mail | |

                                                  HINSHAW & CULBERTSON LLP

David M. Schultz                                      s/ *Jennifer W. Weller*
Jennifer W. Weller                                   Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

130183577v1 0927506 49810