IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN, | ) | |
|     Plaintiff, | ) | 1:10-cv-2542 |
| | ) | |
|     v. | ) | Judge Zagel |
| | ) | |
| ASSET ACCEPTANCE CAPITAL CORP., | ) | JURY DEMANDED |
|     Defendant. | ) | |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

Plaintiff respectfully requests a two week extension within which to file his response to defendant's motion to dismiss. Defendant does not oppose this motion. In support, plaintiff states:

1. This is a Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. class action alleging that defendant permissibly and improperly accessed plaintiff and others' consumer reports.

2. Defendant has filed a motion to dismiss. Plaintiff's current date to respond is December 23, 2011.

3. Plaintiff has not been able to complete the brief by this date, and respectfully requests that the Court extend the response date until after the holidays, January 6, 2012.

4. Defendant does not oppose this motion. Further, defense counsel has indicated that there is no need to alter the current reply brief due date, which is January 30, 2012.

WHEREFORE, Plaintiff respectfully requests a two week extension within which to file his response to defendant's motion to dismiss.

                                                                /s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com