UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:11-cv-6256 |
| ASSET ACCEPTANCE, LLC. | ) ) Judge Zagel |
| Defendant. | ) ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, ASSET ACCEPTANCE, LLC, by its attorney, Todd P. Stelter, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this court grant a 14 day extension of time, or up until February 22, 2012, to file a responsive pleading to plaintiff's complaint, and in support thereof, states as follows:

1. Plaintiffs' complaint purports to state a claim under the Fair Credit Reporting Act and Telephone Consumer Protection Act against the defendant.

2. Plaintiffs' Complaint was filed on January 18, 2012, and service was made on January 18, 2012, making February 8, 2012, the initial deadline.

3. Asset Acceptance, LLC has not requested any previous extensions. A prior defendant, Asset Acceptance Capital Corp., requested a previous extension, which was granted. However, that defendant was dismissed from the case.

4. Defense counsel requires additional time to perform legal and factual investigation prior to answering or otherwise pleading. This time is not meant for purposes of

130276183

unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

5. Defense counsel has communicated with plaintiffs' counsel and it has been indicated that there is no opposition to this motion.

6. This Court currently has two status hearings set currently, the first for February 23, 2012, and the second for March 26, 2012, and the extended deadline was intentionally chosen so as to not affect these hearings.

WHEREFORE, defendant, Asset Acceptance, LLC, respectfully requests this Court grant an extension of time up to and including February 22, 2012, to file a responsive pleading to plaintiffs' complaint.

Respectfully submitted,

By: _____s/ Todd P. Stelter_____
One of Defendant's Attorneys

Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

2

130276183

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:11-cv-6256 |
| ASSET ACCEPTANCE, LLC. | ) ) Judge Zagel |
| Defendant. | ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2012, I electronically filed **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Alexander Holmes Burke**
ABurke@BurkeLawLLC.com

and I hereby certify that on February 8, 2012, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

**n/a**                                  Respectfully submitted,

                                    **ASSET ACCEPTANCE, LLC**


                            By:_____s/Todd P. Stelter_____
                                    One of its Attorneys
                                    David M. Schultz
                                    Jennifer W. Weller
                                    Todd P. Stelter
                                    HINSHAW & CULBERTSON LLP
                                    222 N. LaSalle Street, Ste 300
                                    Chicago, IL 60601
                                    (312) 704-3000
                                    Fax: (312) 704-3001
                                    dschultz@hinshawlaw.com
                                    jweller@hinshawlaw.com
                                    tstelter@hinshawlaw.com

3