IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br>    Defendant. | )<br>)  1:11-cv-6256<br>)  Judge Zagel<br>)  Magistrate Judge Schenkier<br>)<br>)  JURY DEMANDED<br>)<br>) |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF
OFFER OF JUDGMENT AS TO COUNT III**

Plaintiff respectfully notifies the Court that he has accepted the attached offer of judgment for $25,501, plus costs. According to the terms of the offer, Counts I and II of the complaint are not affected by the judgment.

Plaintiff's costs are: $350 for the filing fee, and $13.90 for service of the Second Amended Complaint, for a total of $363.90.

Plaintiff thus respectfully requests that the Clerk enter judgment for $25,501, plus $363.90, for a total of $25,864.90.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

**CERTIFICATE OF SERVICE**

  Alexander H. Burke hereby certifies that the acceptance of the attached offer of judgment was served upon counsel for Asset Acceptance, LLC by email and United States Mail on February 17, 2012, at the following addresses:

>Jennifer Weller
>Todd Stelter
>Hinshaw & Culbertson, LLP
>222 North LaSalle Street, Suite 300
>Chicago, IL  60601
>JWeller@HinshawLaw.Com
>TStelter@HinshawLaw.Com

  This document, Plaintiff's Notice of Acceptance of Offer of Judgment as to Count III was filed with the ECF system for the Northern District of Illinois, and was served upon defendant via ECF email to counsel of record.

              /s/Alexander H. Burke

**Alex Burke**

| | |
|---|---|
| **From:** | Alex Burke <ABurke@BurkeLawLLC.com> |
| **Sent:** | Friday, February 17, 2012 9:27 AM |
| **To:** | 'jweller@hinshawlaw.com' |
| **Cc:** | 'tstelter@hinshawlaw.com' |
| **Subject:** | RE: Martin v. Asset Acceptance, LLC |
| **Attachments:** | Document.pdf |

Jennifer

We accept this offer of judgment.

/s/Alexander H. Burke

# BURKE LAW OFFICES, LLC

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com


**CERTIFICATE OF SERVICE**

Alexander H. Burke hereby certifies that the acceptance of the attached offer of judgment was served upon counsel for Asset Acceptance, LLC by email and United States Mail on February 17, 2012, at the following addresses:

>Jennifer Weller
>Todd Stelter
>Hinshaw & Culbertson, LLP
>222 North LaSalle Street, Suite 300
>Chicago, IL  60601
>JWeller@HinshawLaw.Com
>TStelter@HinshawLaw.Com


/s/Alexander H. Burke

---

**From:** jweller@hinshawlaw.com [mailto:jweller@hinshawlaw.com]
**Sent:** Tuesday, February 14, 2012 1:31 PM
**To:** ABurke@BurkeLawLLC.com
**Cc:** tstelter@hinshawlaw.com
**Subject:** Fw: Martin v. Asset Acceptance, LLC


Alex this letter should have previously been sent to you a week or two ago. I was not able to quickly confirm that it had

been sent so am resending.

Jennifer Wigington Weller
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312)704-3025

----- Forwarded by Jennifer W. Weller/HC01 on 02/14/2012 01:18 PM -----

**Izabela Z. Koch/HC01**

02/14/2012 01:14 PM

To ABurke@BurkeLawLLC.com
cc jweller@hinshawlaw.com
Subject Martin v. Asset Acceptance, LLC

Dear Mr. Burke:

On behalf of Jennifer Weller, I am forwarding the attached correspondence.

Thank you,

Izabela Z. Koch
Legal Assistant to
David M. Schultz & Jennifer W. Weller
HINSHAW & CULBERTSON, LLP
222 N. LaSalle Street, Suite 300, Chicago, IL 60601
Tel: 312.704.3701 | Fax: 312.704.3001
E-mail: ikoch@hinshawlaw.com

Please consider the environment before printing this e-mail.

----- Forwarded by Izabela Z. Koch/HC01 on 02/14/2012 01:13 PM -----

**"Digital Sender"**
**<Digital.Sender@hinshawlaw.com>**

02/14/2012 01:13 PM

To "IKOCH@HINSHAWLAW.COM"
<ikoch@hinshawlaw.com>
cc
Subject

```
Please open the attached
document. This document was
digitally sent to you using
an HP Digital Sending
device.
```

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this

message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.



**HINSHAW**
& CULBERTSON LLP

**ATTORNEYS AT LAW**
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

312-704-3000
312-704-3001 (fax)
www.hinshawlaw.com

February 14, 2012

**VIA EMAIL**
Mr. Alex Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601

Re: *Martin v. Asset Acceptance, LLC*
Case No. 11-cv-6256

Dear Mr. Burke:

Asset Acceptance, LLC offers to allow judgment against it and in favor of Nicholas Martin on Count III of the Amended Complaint as follows: $1500 per each alleged telephone call (17 calls) plus $1.00 for a total of $25,501 plus Plaintiff's costs. The offer does not include claims under the FCRA under Counts I and II of the Amended Complaint.

Very truly yours,

HINSHAW & CULBERTSON LLP

Jennifer W. Weller
312-704-3025
jweller@hinshawlaw.com

JWW:

130268528v1 0927506

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin