**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, | ) | 1:11-cv-6256 |
| | ) | |
| Plaintiff, | ) | Judge Zagel |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| ASSET ACCEPTANCE CAPITAL CORP., | ) | |
| Defendant. | ) | JURY DEMANDED |

## MOTION TO EXTEND BRIEFING SCHEDULE

Plaintiff respectfully requests that this Court extend the briefing schedule for Asset Acceptance's motion to dismiss by four weeks, so that plaintiff's brief is due on April 20, 2012, and defendant's reply brief is due on May 4, 2012. In support of this motion, plaintiff states:

1. This is a Fair Credit Reporting Act, 15 U.S.C. §1681 class action alleging that the defendant debt collection agency used false pretenses to obtain plaintiff's consumer report.

2. Defendant has moved to dismiss, and plaintiff's response is currently due on March 22, 2012, and defendant's reply on April 6, 2012.

3. Although plaintiff's counsel has given priority to the drafting of a response to the motion to dismiss, he will not be able to complete such by the due date. Family issues have contributed to the delay in drafting the brief. Furthermore, plaintiff's counsel has a family vacation planned for April 5 through 12, 2012.

4. Defendant will not be prejudiced by the delay, and indicated that it does not oppose this motion, so long as plaintiff filed a response brief rather than an amended complaint. Plaintiff has not committed to filing one or the other, but currently intends to file a response brief.

5. This motion is filed for the purposes herein, and not for any improper or dilatory

purpose.

WHEREFORE, plaintiff respectfully requests that this Court extend the briefing schedule for

Asset Acceptance's motion to dismiss by four weeks, so that plaintiff's brief is due on April 20,

2012, and defendant's reply brief is due on May 4, 2012.


Respectfully submitted,

/s/Alexander H. Burke


Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com