UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN, <br><br>Plaintiff, <br><br>v. <br><br>ASSET ACCEPTANCE, LLC, <br><br>Defendant. | Case No. 1:11-cv-6256 <br><br>Judge Zagel |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant, ASSET ACCEPTANCE, LLC, by its attorney, Todd P. Stelter, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant a 14 day extension of time, or up until August 21, 2012, to file its answer and affirmative defenses to plaintiff's amended complaint, and in support thereof, states as follows:

1. On July 25, 2012, this Court entered its Memorandum Opinion and Order [Doc#41] granting, in part, defendant's motion to dismiss, and also denying it in part.

2. Defendant intends to answer those portions of the amended complaint that have survived dismissal and also assert affirmative defenses.

3. Defense counsel requires additional time to perform legal and factual investigation prior to answering and asserting affirmative defenses as to the remaining portions of the amended complaint. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

130403311

4. Defense counsel has communicated with plaintiffs' counsel and it has been indicated that there is no opposition to this motion.

WHEREFORE, defendant, Asset Acceptance, LLC, respectfully requests this Court grant an extension of time up to and including August 21, 2012, to file its answer and affirmative defenses to plaintiff's amended complaint.

Respectfully submitted,

By: _____s/ Todd P. Stelter_____
One of Defendant's Attorneys

Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

130403311

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NICHOLAS MARTIN,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **ASSET ACCEPTANCE, LLC,** ) <br> ) <br> **Defendant.** ) | Case No. 1:11-cv-6256 <br><br> Judge Zagel |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2012, I electronically filed **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Alexander Holmes Burke**
ABurke@BurkeLawLLC.com

and I hereby certify that on August 6, 2012, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

**n/a**                                      Respectfully submitted,

                                          **ASSET ACCEPTANCE, LLC**

                                    By:    s/Todd P. Stelter
                                                One of its Attorneys
                                                David M. Schultz
                                                Jennifer W. Weller
                                                Todd P. Stelter
                                                HINSHAW & CULBERTSON LLP
                                                222 N. LaSalle Street, Ste 300
                                                Chicago, IL 60601
                                                (312) 704-3000
                                                Fax: (312) 704-3001
                                                dschultz@hinshawlaw.com
                                                jweller@hinshawlaw.com
                                                tstelter@hinshawlaw.com